[No. 9485-8-I.   Division One.   April 12, 1982.]

THE STATE OF WASHINGTON, *Respondent*, v. ALFRED DEWAYNE PINCKNEY, *Appellant*.

THE STATE OF WASHINGTON, *Respondent*, v. FREEMAN BROWN, JR., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 80-1-02599-2, Carolyn R. Dimmick, J., entered November 3, 1980. *Affirmed* by unpublished opinion per Corbett, J., concurred in by Williams and Ringold, JJ.

[No. 4373-8-III.   Division Three.   April 13, 1982.]

ROBERT WALKER, *Appellant*, v. MONTE VANCE, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Okanogan County, No. 23877, B. E. Kohls, J., entered January 14, 1981. *Affirmed* by unpublished per curiam opinion.